**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JESSIE NIETO and DARYL J. NIETO, | Case No.: 12-cv-1510-LHK |
| Plaintiffs, | |
| v. | ORDER ADOPTING PARTIES' STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION |
| AMCO INSURANCE COMPANY, et al., | |
| Defendants. | |

Parties are ordered to engage in private mediation by September 30, 2012, pursuant to the Parties' Stipulation filed June 25, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-1510-LHK
ORDER ADOPTING PARTIES' STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION