**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA SURGICAL MANAGEMENT, LLC, a California limited liability company,<br><br>                               Plaintiff,<br><br>        v.<br><br>BLUE CROSS BLUE SHIELD OF MINNESOTA, INC., a Minnesota corporation, and DOES 1 to 25 inclusive,<br><br>                               Defendants. | Case No.: 12-CV-0848-LHK<br><br>ORDER VACATING HEARINGS AND CASE MANAGEMENT CONFERENCE |

Plaintiff's pending motion to remand and Defendants' pending motion to dismiss are taken under submission.  The hearing on the motion to remand, the hearing on motion to dismiss, and the case management conference set for July 12, 2012, at 1:30 p.m., are VACATED.

**IT IS SO ORDERED.**

Dated: July 11, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1