**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JESSIE NIETO and DARYL J. NIETO, | Case No.: 12-CV-01510-LHK |
| Plaintiffs, | |
| v. | ORDER SUGGESTING STIPULATION OF DISMISSAL |
| AMCO Insurance Company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

On February 6, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 25. Accordingly, by March 8, 2013, the parties shall file a stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: February 6, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge