UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSIE NIETO and DARYL J. NIETO,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMCO Insurance Company; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 12-CV-01510-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL |

On February 6, 2013, the Court received notice that the parties have reached a settlement to resolve this action in its entirety. *See* ECF No. 25. Accordingly, by March 8, 2013, the parties shall file a stipulation to dismiss this action with prejudice, or a joint statement explaining why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: February 6, 2013

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge