1   Frederick H. Ebey, Esq. – SBN 33802
2   Grunsky, Ebey, Farrar & Howell
    A Professional Corporation
3   240 Westgate Drive
    Watsonville, CA 95076
4   Telephone (831)722-2444
    Facsimile (831)722-6153
5   fhebey@grunskylaw.com

6   Attorneys for Plaintiffs, JESSIE NIETO and DARYL J. NIETO

7   John T. Burnite – SBN 162223
    john.burnite@wilsonelser.com
8   Laura E. Fannon – SBN 111500
    laura.fannon@wilsonelser.com
9   Wilson, Elser, Moskowitz, Edelman & Dicker
    525 Market Street, 17th Floor
10  San Francisco, CA 94105
    Telephone (415) 433-0990
11  Facsimile (415) 434-1370

12  Attorneys for Defendant, AMCO INSURANCE COMPANY

13

14

15                  UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18
    JESSIE NIETO and DARYL J. NIETO,      )
19                                        )   Case Number: CV12-01510 LHK
           Plaintiffs,                    )
20                                        )   **STIPULATION OF DISMISSAL OF**
                                          )   **ENTIRE ACTION WITH PREJUDICE;**
21         vs.                            )   **[PROPOSED] ORDER**
                                          )
22  AMCO INSURANCE COMPANY; and           )
    DOES 1 through 25, inclusive,         )
23                                        )   Hon. Lucy H. Koh
                                          )
24         Defendants.                    )
    _____)
25

26

27

28

    STIPULATION OF DISMISSAL OF ACTION                    USDC Case No. CV12-01510 LHK
    WITH PREJUDICE; PROPOSED ORDER
    992213.1

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Jessie Nieto and Daryl J. Nieto and defendant AMCO Insurance Company, by and through their respective counsel, hereby stipulate and agree that this entire action may be, and hereby is, dismissed with prejudice. Each side shall bear its own attorneys' fees and costs. The Clerk shall close the file.

Grunsky, Ebey, Farrar & Howell

Dated: February 20, 2013     */s/ Frederick H. Ebey*
Frederick H. Ebey, Counsel for plaintiffs

Wilson, Elser, Moskowitz, Edelman & Dicker

Dated: February 20, 2013     */s/ Laura E. Fannon*
Laura E. Fannon, Counsel for defendant

**ORDER**

**IT IS SO ORDERED.**

Dated: February 21, 2013

Lucy H. Koh, Judge
United States District Court

Page 1 of 1

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ~~PROPOSED~~ ORDER
992213.1

USDC Case No. CV12-01510 LHK