1  Frederick H. Ebey, Esq. – SBN 33802
   Grunsky, Ebey, Farrar & Howell
2  A Professional Corporation
   240 Westgate Drive
3  Watsonville, CA 95076
   Telephone (831)722-2444
4  Facsimile (831)722-6153
   fhebey@grunskylaw.com
5
6  Attorneys for Plaintiffs, JESSIE NIETO and DARYL J. NIETO

7  John T. Burnite – SBN 162223
   john.burnite@wilsonelser.com
8  Laura E. Fannon – SBN 111500
   laura.fannon@wilsonelser.com
9  Wilson, Elser, Moskowitz, Edelman & Dicker
   525 Market Street, 17th Floor
10 San Francisco, CA 94105
   Telephone (415) 433-0990
11 Facsimile (415) 434-1370

12 Attorneys for Defendant, AMCO INSURANCE COMPANY

13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

18 JESSIE NIETO and DARYL J. NIETO,     )
                                        )  Case Number: CV12-01510 LHK
19        Plaintiffs,                   )
                                        )  **STIPULATION OF DISMISSAL OF**
20                                      )  **ENTIRE ACTION WITH PREJUDICE;**
          vs.                           )  [~~PROPOSED~~] ORDER
21                                      )
                                        )
22 AMCO INSURANCE COMPANY; and          )
   DOES 1 through 25, inclusive,        )
23                                      )  Hon. Lucy H. Koh
                                        )
24        Defendants.                   )

25

26

27

28
   STIPULATION OF DISMISSAL OF ACTION                    USDC Case No. CV12-01510 LHK
   WITH PREJUDICE; ~~PROPOSED~~ ORDER
    992213.1

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Jessie Nieto and Daryl J. Nieto and defendant AMCO Insurance Company, by and through their respective counsel, hereby stipulate and agree that this entire action may be, and hereby is, dismissed with prejudice. Each side shall bear its own attorneys' fees and costs. The Clerk shall close the file.

Grunsky, Ebey, Farrar & Howell

Dated: February 20, 2013

*/s/ Frederick H. Ebey*
Frederick H. Ebey, Counsel for plaintiffs

Wilson, Elser, Moskowitz, Edelman & Dicker

Dated: February 20, 2013

*/s/ Laura E. Fannon*
Laura E. Fannon, Counsel for defendant

# ORDER

**IT IS SO ORDERED.**

Dated: February 21, 2013

*Lucy H. Koh*
Lucy H. Koh, Judge
United States District Court

STIPULATION OF DISMISSAL OF ACTION
WITH PREJUDICE; ~~PROPOSED~~ ORDER
992213.1

USDC Case No. CV12-01510 LHK